UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 17-13999-MAM |
|---|---|---|
|  | § |  |
| ENSO STUDIO, LLC | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Robert C. Furr, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $19,731.67 | | |

3)    Total gross receipts of $19,731.67  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $19,731.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $71,313.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $49,827.01 | $49,827.01 | $19,731.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $200.00 | $5,290.54 | $5,290.54 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $123,597.00 | $87,381.06 | $87,381.06 | $0.00 |
| **Total Disbursements** | $195,110.00 | $142,498.61 | $142,498.61 | $19,731.67 |

4). This case was originally filed under chapter 7 on 03/31/2017. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/24/2020        By:  /s/ Robert C. Furr
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Accounts | 1129-000 | $1,011.57 |
| Finished Goods - Inventory | 1129-000 | $18,172.52 |
| Florida Power & Light Refund | 1229-000 | $547.58 |
| **TOTAL GROSS RECEIPTS** | | $19,731.67 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEG-Crown Rewards | 4110-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | Hallmark Marketing Co.,LLC | 4110-000 | $70,189.00 | $0.00 | $0.00 | $0.00 |
| | TY Inc. | 4110-000 | $324.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $71,313.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert C. Furr, Trustee, Trustee | 2100-000 | NA | $2,723.17 | $2,723.17 | $385.75 |
| Robert C. Furr, Trustee, Trustee | 2200-000 | NA | $685.24 | $685.24 | $97.07 |
| MSKP River Bridge, LLC | 2410-000 | NA | $12,059.15 | $12,059.15 | $0.00 |
| Clerk, US Bankruptcy Court (Claim No.3A; MSKP River Bridge, LLC) | 2410-001 | NA | $0.00 | $0.00 | $1,708.23 |
| Waste Management Inc of Florida | 2420-000 | NA | $771.77 | $771.77 | $771.77 |
| Bank of Texas | 2600-000 | NA | $23.84 | $23.84 | $23.84 |
| Green Bank | 2600-000 | NA | $102.41 | $102.41 | $102.41 |
| MSKP River Bridge, LLC | 2990-800 | NA | $8,966.51 | $8,966.51 | $8,966.51 |

| | | | | | |
|---|---|---|---|---|---|
| Furr Cohen, Attorney for Trustee | 3110-000 | NA | $1,500.00 | $1,500.00 | $212.48 |
| Furr Cohen, Attorney for Trustee | 3120-000 | NA | $974.84 | $974.84 | $138.09 |
| Yip & Associates, Accountant for Trustee | 3410-000 | NA | $16,871.00 | $16,871.00 | $2,389.86 |
| Yip & Associates, Accountant for Trustee | 3420-000 | NA | $248.64 | $248.64 | $35.22 |
| National Auction Company, Auctioneer for Trustee | 3610-000 | NA | $1,817.25 | $1,817.25 | $1,817.25 |
| National Auction Company, Auctioneer for Trustee | 3620-000 | NA | $3,083.19 | $3,083.19 | $3,083.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $49,827.01 | $49,827.01 | $19,731.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Internal Revenue Service | 5800-000 | $0.00 | $5,290.54 | $5,290.54 | $0.00 |
| | Florida Department of Revenue | 5800-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $200.00 | $5,290.54 | $5,290.54 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Premium Assignment Corporation | 7100-000 | $0.00 | $808.60 | $808.60 | $0.00 |
| 3B | MSKP River Bridge, LLC | 7100-000 | $0.00 | $86,572.46 | $86,572.46 | $0.00 |
| | Active Alarms, Inc. | 7100-000 | $103.00 | $0.00 | $0.00 | $0.00 |
| | American Expess | 7100-000 | $8,334.00 | $0.00 | $0.00 | $0.00 |
| | AngelStar Inspired Products, | 7100-000 | $1,734.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Co | | | | | |
| | Ann Marie Ferro | 7100-000 | $29,672.00 | $0.00 | $0.00 | $0.00 |
| | Atlantis Air Conditioner | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Birchcraft Studioa | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| | Blue Mountains Arts | 7100-000 | $2,179.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| | Commerce Bank | 7100-000 | $35.00 | $0.00 | $0.00 | $0.00 |
| | DM Merchandising, Inc | 7100-000 | $455.00 | $0.00 | $0.00 | $0.00 |
| | Enesto, LLC | 7100-000 | $352.00 | $0.00 | $0.00 | $0.00 |
| | Fele Corp. | 7100-000 | $29,671.00 | $0.00 | $0.00 | $0.00 |
| | FPL | 7100-000 | $390.00 | $0.00 | $0.00 | $0.00 |
| | Global Tech | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Glow Decor | 7100-000 | $812.00 | $0.00 | $0.00 | $0.00 |
| | Habersman Candle Co. | 7100-000 | $234.00 | $0.00 | $0.00 | $0.00 |
| | Hartford Casualty Insurance Co | 7100-000 | $398.00 | $0.00 | $0.00 | $0.00 |
| | Helget Gas Products | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Kitson & Partners | 7100-000 | $8,967.00 | $0.00 | $0.00 | $0.00 |
| | Lyon Collection Serv. | 7100-000 | $287.00 | $0.00 | $0.00 | $0.00 |
| | Malden International Designs | 7100-000 | $294.00 | $0.00 | $0.00 | $0.00 |
| | Pomeroy IT Solutions, Inc. | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | POS Postal, Inc. | 7100-000 | $2,263.00 | $0.00 | $0.00 | $0.00 |
| | Precious Moments Co. | 7100-000 | $725.00 | $0.00 | $0.00 | $0.00 |
| | Premium Assigment | 7100-000 | $2,900.00 | $0.00 | $0.00 | $0.00 |
| | Richard Ferro | 7100-000 | $29,671.00 | $0.00 | $0.00 | $0.00 |
| | Shopkeep.com | 7100-000 | $1,516.00 | $0.00 | $0.00 | $0.00 |
| | Tolt Solutions | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $123,597.00 | $87,381.06 | $87,381.06 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 17-13999-MAM | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | Date Filed (f) or Converted (c): | 03/31/2017 (f) |
| For the Period Ending: | 2/24/2020 | §341(a) Meeting Date: | 05/08/2017 |
| | | Claims Bar Date: | 08/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Bank of America Checking Accounts | $5,822.02 | $1,011.57 | | $1,011.57 | FA |
| 2  Finished Goods - Inventory | $119,700.00 | $18,172.52 | | $18,172.52 | FA |
| 3  Florida Power & Light Refund (u) | $547.58 | $547.58 | | $547.58 | FA |

**TOTALS (Excluding unknown value)**          $126,069.60          $19,731.67          $19,731.67          **Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**

01/22/2019  This case is ready to close once the objection to claim #2 is resolved.  Once resolved, the Trustee will prepare the final report (TFR) for approval.  However, due to the government shutdown, all TFRs are on hold until further notice.

Claims:  Objection to claim #2 filed.

Tax Returns:  The estate is current with its returns.

01/29/2018  The only matter pending in this case is the possibility of preferences/fraudulent transfers by the Debtor principals.  The Trustee has employed Yip and Associates who are in the process of reviewing the Debtor's books and records.

Claims:  Claims have been reviewed and objections are necessary.  These objections will be filed within the next five (5) days.

Tax Returns:  The estate is current with its returns.

Initial Projected Date Of Final Report (TFR):  12/31/2019          Current Projected Date Of Final Report (TFR):  12/31/2019          /s/ ROBERT C. FURR, TRUSTEE
                                                                                                                                                  ROBERT C. FURR, TRUSTEE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-13999-MAM | Trustee Name: | Robert C. Furr |
|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5767 | Checking Acct #: | ******1640 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 3/31/2017 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 2/24/2020 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2017 | (1) | Bank of America | Closeout balance of checking accounts. | 1129-000 | $1,011.57 |  | $1,011.57 |
| 06/20/2017 | (3) | Florida Power & Light | Electric Bill Refund | 1229-000 | $547.58 |  | $1,559.15 |
| 06/29/2017 | (2) | National Auction Company Inc | Proceeds pursuant to Report of Auction filed 06/29/17 ECF#38 | 1129-000 | $17,132.04 |  | $18,691.19 |
| 06/29/2017 | (2) | National Auction Company Inc | Proceeds pursuant to Report of Auction filed 06/29/17 ECF#38 | 1129-000 | $1,040.48 |  | $19,731.67 |
| 06/30/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $0.75 | $19,730.92 |
| 07/19/2017 | 101 | National Auction Company | Payment of auction expenses pursuant to Court Order entered 05/24/17 ECF#32 - maximum allowed $7395.00. | 3620-000 |  | $3,083.19 | $16,647.73 |
| 07/19/2017 | 102 | National Auction Company | Payment of auctioneer's commission (buyer's premium) pursuant to Court Order entered 05/24/17 ECF#32. | 3610-000 |  | $1,817.25 | $14,830.48 |
| 07/19/2017 | 103 | MSKP River Bridge, LLC | Payment of one month's administrative rent pursuant to Court Order entered 05/26/17 ECF#34. | 2990-800 |  | $8,966.51 | $5,863.97 |
| 07/28/2017 | 104 | Waste Management Inc of Florida | Payment of Invoice # 9580780-2241-4 on account# 18-53934-13000 pursuant to Court Order entered 07/27/17 ECF#40 | 2420-000 |  | $771.77 | $5,092.20 |
| 07/31/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $23.09 | $5,069.11 |
| 08/08/2017 |  | Green Bank | Transfer Funds | 9999-000 |  | $5,069.11 | $0.00 |

SUBTOTALS　　$19,731.67　　$19,731.67

Page No: 2  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-13999-MAM | Trustee Name: | Robert C. Furr |
|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5767 | Checking Acct #: | ******1640 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/31/2017 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 2/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $19,731.67 | $19,731.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,069.11 | |
| | | | **Subtotal** | | $19,731.67 | $14,662.56 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $19,731.67 | $14,662.56 | |

**For the period of 3/31/2017 to 2/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $19,731.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,731.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,662.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,662.56 |
| Total Internal/Transfer Disbursements: | $5,069.11 |

**For the entire history of the account between 06/20/2017 to 2/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $19,731.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,731.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,662.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,662.56 |
| Total Internal/Transfer Disbursements: | $5,069.11 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-13999-MAM | | | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5767 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/31/2017 | | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 2/24/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $5,069.11 | | $5,069.11 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.33 | $5,062.78 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.16 | $5,054.62 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.89 | $5,046.73 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.88 | $5,038.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.13 | $5,030.72 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.11 | $5,022.61 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.32 | $5,015.29 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.35 | $5,006.94 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.55 | $4,999.39 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.06 | $4,991.33 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.05 | $4,983.28 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.78 | $4,975.50 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.80 | $4,966.70 |
| 07/02/2019 | 5001 | Furr Cohen | Claim #: ; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 1,500.00; Dividend: 4.27; Notes: ; Amount Claimed: 1,500.00; | 3110-000 | | $212.48 | $4,754.22 |
| 07/02/2019 | 5002 | Furr Cohen | Claim #: ; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 974.84; Dividend: 2.78; Notes: ; Amount Claimed: 974.84; | 3120-000 | | $138.09 | $4,616.13 |
| 07/02/2019 | 5003 | Robert C. Furr, Trustee | Trustee Expenses | 2200-000 | | $97.07 | $4,519.06 |
| 07/02/2019 | 5004 | Robert C. Furr, Trustee | Trustee Compensation | 2100-000 | | $385.75 | $4,133.31 |
| 07/02/2019 | 5005 | Yip & Associates | Claim #: ; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 16,871.00; Dividend: 48.11; Notes: ; Amount Claimed: 16,871.00; | 3410-000 | | $2,389.86 | $1,743.45 |
| 07/02/2019 | 5006 | Yip & Associates | Claim #: ; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 248.64; Dividend: 0.70; Notes: ; Amount Claimed: 248.64; | 3420-000 | | $35.22 | $1,708.23 |
| | | | SUBTOTALS | | $5,069.11 | $3,360.88 | |

FORM 2

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-13999-MAM | | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5767 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/31/2017 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 2/24/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2019 | 5007 | MSKP River Bridge, LLC | Claim #: 3; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 12,059.15; Dividend: 34.39; Notes: Court Order 05/26/17 ECF#34.; Amount Claimed: 12,059.15; | 2410-000 | | $1,708.23 | $0.00 |
| 12/06/2019 | 5007 | STOP PAYMENT: MSKP River Bridge, LLC | Claim #: 3; Distribution Dividend: 14.17; Account Number: ;  Amount Allowed: 12,059.15; Dividend: 34.39; Notes: Court Order 05/26/17 ECF#34.; Amount Claimed: 12,059.15; | 2410-004 | | ($1,708.23) | $1,708.23 |
| 01/14/2020 | | CLERK, U.S. BANKRUPTCY COURT | Unclaimed funds; claim# 3 | 2410-001 | | $1,708.23 | $0.00 |
| | | | TOTALS: | | $5,069.11 | $5,069.11 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,069.11 | $0.00 | |
| | | | Subtotal | | $0.00 | $5,069.11 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $5,069.11 | |

| For the period of 3/31/2017 to 2/24/2020 | | For the entire history of the account between 08/08/2017 to 2/24/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,069.11 | Total Internal/Transfer Receipts: | $5,069.11 |
| | | | |
| Total Compensable Disbursements: | $5,069.11 | Total Compensable Disbursements: | $5,069.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,069.11 | Total Comp/Non Comp Disbursements: | $5,069.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 5            Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-13999-MAM | Trustee Name: | Robert C. Furr |
|---|---|---|---|
| Case Name: | ENSO STUDIO, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5767 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/31/2017 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 2/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $19,731.67 | $19,731.67 | $0.00 |

| For the period of 3/31/2017 to 2/24/2020 | | For the entire history of the case between 03/31/2017 to 2/24/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,731.67 | Total Compensable Receipts: | $19,731.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,731.67 | Total Comp/Non Comp Receipts: | $19,731.67 |
| Total Internal/Transfer Receipts: | $5,069.11 | Total Internal/Transfer Receipts: | $5,069.11 |
| | | | |
| Total Compensable Disbursements: | $19,731.67 | Total Compensable Disbursements: | $19,731.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,731.67 | Total Comp/Non Comp Disbursements: | $19,731.67 |
| Total Internal/Transfer Disbursements: | $5,069.11 | Total Internal/Transfer Disbursements: | $5,069.11 |

/s/ ROBERT C. FURR

ROBERT C. FURR